In The
 Court of Appeals
 Seventh District of Texas at Amarillo

 ________________________

 No. 07-13-0047-CR
 ________________________
 
 DAVID KENDELL GOSSETT, APPELLANT

 V.

 THE STATE OF TEXAS, APPELLEE
 

 
 On Appeal from the 47th District Court
 Randall County, Texas
 Trial Court No. 23,788-A, Honorable Dan L. Schaap, Presiding 

 
 March 5, 2013
 
 MEMORANDUM OPINION
 
 Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.
 
Appellant, David Kendell Gossett, appeals his conviction for unauthorized use of a vehicle. The certification of right to appeal executed by the trial court states that this is a plea bargain case and the defendant has NO right of appeal and the defendant has waived the right of appeal. This circumstance was brought to the attention of appellant and opportunity was granted him to obtain an amended certification entitling him to appeal. No such certification was received within the time we allotted. Having received no amended certification, we dismiss the appeal per Texas Rule of Appellate Procedure 25.2(d).

Per Curiam

Do not publish.